## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

RICK CAMUGLIA, d/b/a
PAISANO'S RESTAURANT,

      Plaintiff,

vs.                                    No. CIV-04-0048 JB/LFG

THE CITY OF ALBUQUERQUE and
THE ALBUQUERQUE ENVIRONMENTAL
HEALTH DEPARTMENT and GUY
WORTHINGTON, in his individual capacity
and JAY COUSINS, in his individual
capacity and as employees of THE CITY of
ALBUQUERQUE,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendants Guy Worthington and Jay Cousins'

Motion for Summary Judgment and Memorandum of Law in Support, filed August 20, 2004 (Doc.

55).  The Court held a hearing on this motion on December 21, 2004. Consistent with the Court's

ruling at the hearing on this motion, and for the reasons given at the time of the hearing, the Court

will grant the Defendants' motion.[1]

**IT IS ORDERED** that the Defendants Guy Worthington and Jay Cousins' Motion for

Summary Judgment is granted.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion at issue.  The Court will, however, at a later date issue
an opinion fully detailing its rationale for this decision.

*Counsel:*

David M. Berlin
Duhigg, Cronin, Spring, Berlin & Bencoe, P.A.
Albuquerque, New Mexico

   *Attorney for the Plaintiff*


Patrick D. Allen
April M. White
Yenson, Lynn, Allen & Wosick, P.C.
Albuquerque,  New Mexico

   *Attorneys for Defendants Guy Worthington and Jay Cousins*


Robert M. White
  City Attorney
  City of Albuquerque
Peter S. Auh
  Assistant City Attorney
Albuquerque, New Mexico

   *Attorneys for Defendant City of Albuquerque*